UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOD MARTOVICH GAZAROV,

    Plaintiff,

-against-

EQUIFAX INFORMATION SYSTEMS, INC.

    Defendant.

Docket No.

**CV 14 - 2336**

DEARIE, J.

REYES, M.J

## SUMMONS IN A CIVIL ACTION

To: EQUIFAX INFORMATION SYSTEMS, INC.
C/O CORPORATION SERVICE COMPANY
80 State Street
Albany, NY 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fishman & Mallon, LLP
305 Broadway, Suite 900
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 1 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk