# KING & SPALDING

King & Spalding
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
www.kslaw.com

Lewis P. Perling
Direct Dial: (404) 572-3079
lperling@kslaw.com

February 2, 2015

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      **Re:**    **God Martovich Gazarov v. Equifax Information Services LLC**
             **Case No. 14-cv-2336 (RJD)(RER)**

Dear Judge Reyes:

    I am lead counsel for Equifax Information Services LLC ("Equifax") in the above-referenced matter. Equifax does not object to Hon. Kristen Booth Glen serving as the mediator for this case.

    Please call me at (404) 572-3079 if you have questions.

                                          Sincerely,

                                          **/s/Lewis P. Perling**
                                          Lewis P. Perling

cc: Counsel of Record (via ecf notice)