# FISHMAN & MALLON, LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| James B. Fishman | 305 Broadway | Laurence H. Pearson |
| Kevin C. Mallon^ | Suite 900 | Of Counsel |
| Jennifer Addonizio Rozen* | New York NY 10007-1187 | |
| _____ | | |
| Susan K. Crumiller | | |
| Sameer S. Birring° | | |
| | (212) 897-5840 | |
| *Also admitted in MA | Facsimile: (212) 897-5841 | |
| ^ Also admitted in CA | Sender's Direct Line: (212) 897-5845 | |
| ° Also admitted in TX | | |

*fishman@fmlawoffices.net*
*www.nyctenantslaw.com*

March 20, 2015

**VIA ECF**
Hon. Ramon Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

    RE:   **Gazarov v. Equifax**
                14 CV 2336

Dear Judge Reyes,

    I, along with Justin Baxter of Baxter & Baxter, LLP, represent the plaintiff in this action. On March 16, 2015, pursuant to the Court's directive, the parties and counsel attended an all day mediation conducted by the Hon. Kristen Booth Glen.

    While significant progress was made at the mediation the parties were not able to reach a settlement. We have not foreclosed the possibility of settlement and will continue to have discussions, with the assistance of Judge Glen if necessary, over the next week.

    In the interim, so that neither party is prejudiced, we jointly request that the discovery cut-off be extended to June 15, 2015.

Thank you for your attention to this matter.

                                            Very truly yours,

                                            JAMES B. FISHMAN

cc: Lewis Perling
    Hon. Kristen Booth Glen