

*Advocacy. Integrity. Results.* ™

**Justin M. Baxter**
Portland Office
(503) 297-9031
justin@baxterlaw.com

May 26, 2015

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      Re:    *Gazarov v. Equifax Information Services, LLC*
             U.S. Dist. Court Case 1:14-cv-02336-RJD-RER

Dear Judge Reyes:

    I am co-counsel for plaintiff in the above-referenced matter. I respectfully request leave of Court to participate by telephone in the settlement conference scheduled for tomorrow at 3 p.m. My co-counsel, Mr. Fishman, will appear with our client in your courtroom in person. I participated in person in the mediation on March and have been engaged in settlement talks since then. I do not believe my in person presence is necessary to the settlement conference tomorrow, and a second cross-country trip would pose an unnecessary burden on me, and incur an unnecessary expense on my client.

                Sincerely,

                /s/ *Justin M. Baxter*

                Justin M. Baxter

cc: Counsel of Record

8835 S.W. Canyon Lane, Suite 130   5635 N.E. Elam Young Pkwy., Suite 300   421 High Street, Suite 103   1101 Broadway Street, Suite 213
Portland, Oregon 97225   Hillsboro, Oregon 97124   Oregon City, Oregon 97045   Vancouver, Washington 98660
Telephone (503) 297-9031   Telephone (503) 681-9752   Telephone (503) 657-6531   Telephone (360) 574-5239
Facsimile (503) 291-9172   Facsimile (503) 291-9172   Facsimile (503) 291-9172   Facsimile (360) 326-1613