UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOD GAZAROV,

        Plaintiff,

v.

EQUIFAX INFORMATION SYSTEMS, LLC,

        Defendant.

Civil Action No. 1:14-cv-02336-RJD-RER

## **DEFENDANT EQUIFAX INFORMATION SYSTEMS LLC'S STATUS REPORT**

Defendant Equifax Information Services LLC ("Equifax"), provides the following status report regarding its efforts to obtain a dismissal of this action.

1. This case settled on May 27, 2015.

2. Plaintiff signed a Confidential Settlement Agreement and Release on June 19, 2015.

3. In an effort to comply with the Court's July 6, 2015 Order directing the parties to file a stipulation of dismissal or status report by July 13, 2015, Equifax's counsel contacted Plaintiff's counsel on July 13, 2015 and asked how they wished to proceed.

4. Plaintiff's counsel indicated that they would file the dismissal or status report and asked Equifax to forward a proposed Stipulation of Dismissal.

5. Equifax submitted to Plaintiff a standard form Stipulation of Dismissal containing the following language:

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff God Gazarov and Defendant Equifax Information Services LLC ("Equifax"), through their respective counsel of record, that any and all claims of

1

the Plaintiff against Equifax are hereby dismissed with prejudice with each party bearing its own costs and attorney's fees. The parties further stipulate that the effect of this Stipulation will be to dismiss the entire action with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the parties hereby request the Court execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action with prejudice.

6. Plaintiff did not approve this language and, therefore, the parties have not reached an agreement as to a stipulation of dismissal.

7. Equifax's counsel requested that Plaintiff's counsel either file the stipulation with the language in paragraph 5 or file a status report stating that the parties did not agree to a stipulation of dismissal. It does not appear, however, that Plaintiff filed either.

Dated: July 14, 2015.

/s/**Lewis P. Perling**
LEWIS PERLING
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: lperling@kslaw.com
Attorney for Defendant Equifax Information Services LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing via ECF all counsel of record.

This 14th day of July, 2015.

/s/**Lewis P. Perling**
Lewis P. Perling